■    LOZARO LOPEZ et al., Respondents, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant and Third-Party Plaintiff-Appellant; PECKHAM ROAD CORP., Third-Party Defendant-Respondent.—Order of the Appellate Term of the Supreme Court, First Department, entered on or about December 9, 1974, affirmed for the reasons stated in the majority opinion of the Appellate Term. Third-party defendant-respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich,

J. P., Kupferman, Capozzoli and Lynch, JJ.; Murphy, J., dissents and would reverse on the dissenting opinion of Quinn, J., at Appellate Term. No opinion.